UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE                                DOCKET NO. 11MJ-0052
EXTRADITION OF
MAJOR ADAM BENOIT
a/k/a MAJOR ADAN BENOIT                             MAGISTRATE JUDGE HILL

## MEMORANDUM RULING AND ORDER

The government has provided to the Court a copy of a letter (written in Spanish) by a criminal judge of the Heredia district, Costa Rica, and an unofficial translation thereof. That letter apparently (the Court has not confirmed the translation, but has no reason to doubt its accuracy) provides that under the law of Costa Rica, the felony with which Mr. Benoit has been charged can and should be prosecuted, even against the victim's will.

At the hearing on October 6, 2011, sufficient evidence was produced to sustain the charge under the provisions of the extradition treaty in force and effect between the United States of America and Costa Rica. The Court took the extradition request under advisement to attempt to determine the effect, if any, under the laws of Costa Rica, of an apparent request by the alleged victim that the charges be dismissed.

Based on the letter referred to above, it appears to the Court that the charge pending in Costa Rica can still be prosecuted there even over the victim's objection. While this Court has been able to do only limited research on the issue, this Court has come to the same conclusion, independently.

Accordingly, the Court finds that sufficient evidence has been presented to sustain the charge, and the Court will make the necessary certification to the Secretary of State. Therefore;

**IT IS ORDERED** that within seven (7) days, counsel for the government shall provide to the Court, for the Court's signature, the necessary certification to the Secretary of State pursuant to 18 U.S.C. § 3184;

**IT IS FURTHER ORDERED** that counsel for Mr. Benoit be furnished a copy of the certification so that he may object to the form thereof.

**IT IS FURTHER ORDERED** that the Clerk file the letter in Spanish and the translation thereof provided to the Court by the government (which is attached hereto), into the record.

October 20, 2011, Lafayette, Louisiana.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE